**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-28865-ABA |
| Jessica L. Pierce<br>  *aka* Jessica L. Shinn | Chapter 13 |
| Debtor. | Judge Andrew B. Altenburg Jr. |

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of the Notice of Mortgage Payment Change filed 12/6/2019.

                                                  Respectfully Submitted

                                                  /s/ D. Anthony Sottile

                                                  D. Anthony Sottile
                                                  Authorized Agent for Creditor
                                                  Sottile & Barile, LLC
                                                  394 Wards Corner Road, Suite 180
                                                  Loveland, OH 45140
                                                  Phone: 513.444.4100
                                                  Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on January 2, 2020, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Rex J. Roldan, Debtor's Counsel
    roldanlaw@comcast.net

    Isabel C. Balboa, Chapter 13 Trustee
    ecfmail@standingtrustee.com

    Office of the United States Trustee
    ustpregion03.ne.ecf@usdoj.gov

I further certify that on January 2, 2020, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jessica L. Pierce, Debtor
    529 Nicholson Road
    Gloucester City, NJ 08030

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com